

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2020

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

The panel has considered the appellees' motion for rehearing, and the motion hereby DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2020.

_____
Michael A. Cruz,
Clerk of Court